IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| U.S. BANK, N.A.,<br><br>                Plaintiff,<br><br>v.<br><br>GORDON P. JONES;<br>CNH CAPITAL AMERICA, LLC;<br>UNITED STATES OF AMERICA,<br>FRONTIER, INC., d/b/a United Leasing;<br>THE SUNRISE GROUP, INC.;<br>HENDRICK W. VAN DYK; and<br>DEERE & COMPANY,<br><br>                Defendants. | Case Number 10-cv-00176 |

**ORDER**

---

Plaintiff U.S. Bank and Defendant United States of America having filed a stipulated motion to remand this matter to state court, and good cause appearing therefore,

IT IS HEREBY ORDERED that this matter is remanded to Barron County Circuit Court, with all parties to bear their own costs and fees in connection with the removal and remand.

Dated this ___6th___ day of May, 2010.

                                        BY THE COURT:

                                        */s/ Barbara B. Crabb*
                                        BARBARA B. CRABB
                                        United States District Judge
                                        Western District of Wisconsin